No. 167. FLOWERS *v.* FLORIDA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. MR. JUSTICE MURPHY and MR. JUSTICE DOUGLAS are of the opinion that the petition should be granted. *Mr. William R. Ming, Jr.,* for petitioner. *Mr. J. Tom Watson,* Attorney General of Florida, for respondent.

No. 258. COLEMAN *v.* DUFFY, WARDEN. October 11, 1943. Petition for writ of certiorari to the Supreme Court of California denied on the ground that the case is moot. *John Lawrence Coleman, pro se.*

No. 261. SHARPE *v.* KENTUCKY ET AL. October 11, 1943. Petition for writ of certiorari to the Court of Appeals of Kentucky denied for the reason that the application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Howard M. Sharpe, pro se.*